The City of New York, Respondent, v. Uvalde Asphalt Paving Company and Another, Appellants.— Judgment and order affirmed, with costs, on authority of *Mack Paving Company* v. *City of New York* (142

App. Div. 702).   Present — Ingraham, P. J., McLaughlin, Laughlin and Dowling, JJ.